IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 28 2007
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 07-2107 |
| v. ) ) ) | **COMPLAINT** |
| RHEEM MANUFACTURING COMPANY ) ) | JURY TRIAL DEMAND |
| Defendant. ) | |

## NATURE OF THE ACTION

This is an action under Title I of the Americans With Disabilities Act of 1990 and the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to provide appropriate make whole relief to Leonard Lyons. Defendant failed to reasonably accommodate Mr. Lyons and then placed him on a forced medical leave of absence.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This is an action authorized and instituted pursuant to Section 107(a) of the Americans With Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The unlawful employment practices alleged below were and are now being

committed in the Western District of Arkansas, Fort Smith Division.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission (the "Commission") is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. §12117(a), which incorporates by reference Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, Defendant, Rheem Manufacturing Company ("Defendant Employer"), was a corporation doing business in the State of Arkansas and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant Employer has continuously been and is now an employer engaged in an industry affecting commerce within the meaning of Section 101(5) of the ADA, 42 U.S.C. §12111(5), and Section 101(7) of the ADA, 42 U.S.C. §12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§2000e(g) and (h).

6. The Defendant Employer has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. §12111(2).

## STATEMENT OF CLAIMS

7. More than thirty (30) days prior to the institution of this lawsuit, Leonard Lyons filed a charge with the Commission alleging violations of Title I of the ADA by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least January of 2006, Defendant Employer has engaged in unlawful employment practices in violation of the ADA Sections 102(a), 102(b) (1), 42 U.S.C. §§12112(a) and 12112(b)(1) at its Fort Smith, Arkansas location. Mr. Lyons has a physical impairment that

substantially limits one or more major life activities. He is a qualified individual with a disability who requested an accommodation. These unlawful practices include, but are not limited to, Defendant's failure to accommodate Mr. Lyons because of his disability and subsequently placing him on a forced medical leave of absence.

9. The practices alleged above have effectively deprived Mr. Lyons of equal employment opportunities and adversely affected his status as an employee because of his disability.

10. The unlawful employment practices complained of above were intentional.

11. Defendant Employer at all relevant times has been acting with malice or reckless indifference to the federally protected rights of Leonard Lyons, in violation of the ADA, 42 U.S.C. §12101 et seq.

### PRAYER FOR RELIEF

**WHEREFORE**, the Commission respectfully prays that this Court:

A. Grant a permanent injunction enjoining the Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of disability.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Leonard Lyons by providing appropriate back pay with interest, in an amount to be proved at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited

to, reinstatement to his rightful place.

D. Order Defendant Employer to make whole Leonard Lyons by providing compensation for past and future pecuniary losses, including but not limited to, relocation expenses, job search expenses, and medical expenses incurred by Leonard Lyons after being placed on a forced medical leave by Defendant Employer that would have been covered by Defendant Employer's benefit plan.

E. Order Defendant Employer to make whole Leonard Lyons by providing compensation for non-pecuniary losses, including emotional pain, suffering, loss of enjoyment of life, humiliation, inconvenience, mental anguish, and embarrassment in amounts to be determined at trial.

F. Order Defendant Employer to pay Leonard Lyons punitive damages for its malicious and/or reckless conduct in an amount to be determined by trial.

G. Grant such further relief as the Court deems necessary and proper.

H. Award the Commission its costs in this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

RONALD S. COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

*F. Williams/WAC*

**FAYE A. WILLIAMS**
Regional Attorney
Tennessee Bar No. 011730

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Memphis District Office
1407 Union Avenue, Ste. 901
Memphis, Tennessee 38104
(901) 544-0088

**WILLIAM A. CASH, JR.**
Supervisory Trial Attorney
AR #88081

**PAMELA B. DIXON**
Senior Trial Attorney
AR # 95085

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Little Rock Area Office
820 Louisiana, Suite 200
Little Rock, Arkansas 72201
Telephone:   (501) 324-5539
             (501) 324-5065